UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN BISHOP, *on behalf of himself and all others similarly situated*,

                    Plaintiffs,

              *– against –*

STRATFS, LLC *f/k/a* STRATEGIC FINANCIAL
SOLUTIONS, LLC, STRATEGIC CLIENT
SUPPORT, LLC *f/k/a* PIONEER CLIENT
SERVICES, LLC, STRATEGIC CS, LLC,
STRATEGIC FS BUFFALO, LLC, STRATEGIC
NYC, LLC, BCF CAPITAL, LLC, T FIN, LLC,
STRATEGIC CONSULTING, LLC *d/b/a*
STRATEGIC FINANCIAL SOLUTIONS NY,
VERSARA LENDING, LLC, STRATEGIC
FAMILY, INC., ANCHOR CLIENT SERVICES,
LLC *now known as* CS 1 PAAS SERVICES, LLC,
BEDROCK CLIENT SERVICES, LLC, BOULDER
CLIENT SERVICES, LLC, CANYON CLIENT
SERVICES, LLC, CAROLINA CLIENT
SERVICES, LLC, GREAT LAKES CLIENT
SERVICES, LLC, GUIDESTONE CLIENT
SERVICES, LLC, HARBOR CLIENT SERVICES,
LLC, HEARTLAND CLIENT SERVICES, LLC,
MONARCH CLIENT SERVICES, LLC *now known
as* CS 2 PAAS SERVICES, LLC, NEWPORT
CLIENT SERVICES, LLC, NORTHSTAR CLIENT
SERVICES, LLC, OPTION 1 CLIENT SERVICES,
LLC, PIONEER CLIENT SERVICING, LLC,
ROCKWELL CLIENT SERVICES, LLC, ROYAL
CLIENT SERVICES, LLC, STONEPOINT CLIENT
SERVICES, LLC, SUMMIT CLIENT SERVICES,
LLC *now known as* CS 3 PAAS SERVICES, LLC),
*and* WHITESTONE CLIENT SERVICES,
LLC,

                    Defendants.

**ORDER**

24-cv-01796 (ER)

Ramos, D.J.:

Ian Bishop brought this action on March 8, 2024. Doc. 1. On August 28, 2024, a Clerk's certificate of default was issued as to all defendants. Doc. 10. Since then, there has been no activity in this case.

Bishop is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    July 30, 2025
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.