UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN BISHOP, *on behalf of himself and all others similarly situated*,

      Plaintiffs,

    *– against –*

STRATFS, LLC *f/k/a* STRATEGIC FINANCIAL SOLUTIONS, LLC, STRATEGIC CLIENT SUPPORT, LLC *f/k/a* PIONEER CLIENT SERVICES, LLC, STRATEGIC CS, LLC, STRATEGIC FS BUFFALO, LLC, STRATEGIC NYC, LLC, BCF CAPITAL, LLC, T FIN, LLC, STRATEGIC CONSULTING, LLC *d/b/a* STRATEGIC FINANCIAL SOLUTIONS NY, VERSARA LENDING, LLC, STRATEGIC FAMILY, INC., ANCHOR CLIENT SERVICES, LLC *now known as* CS 1 PAAS SERVICES, LLC, BEDROCK CLIENT SERVICES, LLC, BOULDER CLIENT SERVICES, LLC, CANYON CLIENT SERVICES, LLC, CAROLINA CLIENT SERVICES, LLC, GREAT LAKES CLIENT SERVICES, LLC, GUIDESTONE CLIENT SERVICES, LLC, HARBOR CLIENT SERVICES, LLC, HEARTLAND CLIENT SERVICES, LLC, MONARCH CLIENT SERVICES, LLC *now known as* CS 2 PAAS SERVICES, LLC, NEWPORT CLIENT SERVICES, LLC, NORTHSTAR CLIENT SERVICES, LLC, OPTION 1 CLIENT SERVICES, LLC, PIONEER CLIENT SERVICING, LLC, ROCKWELL CLIENT SERVICES, LLC, ROYAL CLIENT SERVICES, LLC, STONEPOINT CLIENT SERVICES, LLC, SUMMIT CLIENT SERVICES, LLC *now known as* CS 3 PAAS SERVICES, LLC), *and* WHITESTONE CLIENT SERVICES, LLC,

      Defendants.

**ORDER**

24-cv-01796 (ER)

Ramos, D.J.:

The Court directed Ian Bishop to submit a status letter since there was no activity in this action for 11 months.  Doc. 11.  On August 7, 2025, Bishop filed a status letter, informing the Court that litigation "in this case" has been stayed pending resolution of a related action filed by Consumer Financial Protection Bureau.  Doc. 12.  Bishop also requested to file another status letter in 4 months and every 4 months thereafter.  *Id.*

The Court notes that this action has not been stayed.  If Bishop wants to stay the action, he is directed to file a request for a stay.  In addition, the Court grants Bishop's request to file another status letter in 4 months and every 4 months thereafter.

It is SO ORDERED.

Dated:   August 8, 2025
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.